IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(CENTRAL DIVISION)

| | |
|---|---|
| SAMANTHA PINARD individually and on behalf of all persons similarly situated,<br><br>      Plaintiff,<br>v.<br><br>NURSE FORCE, INC.,<br><br>      Defendant. | File No. 4:17-cv-00434-JAJ-RAW<br><br>**JOINT MOTION TO EXTEND TIME TO FILE PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER** |

COMES NOW Plaintiff, Samantha Pinard, and Defendant, Nurse Force, Inc., by and through the undersigned counsel, and respectfully move to extend time to file a proposed discovery plan and scheduling order pursuant to Federal Rules of Civil Procedure 16(b) and 26(f), and Local Rule 16, and in support thereof, states as follows:

1.      Plaintiff's Complaint and Collective Action Complaint was filed on December 12, 2017. (ECF No. 1).

2.      Plaintiff filed a Motion for Conditional Certification of a potential collective action class pursuant to the Fair Labor Standards Act § 216(b) on February 12, 2018. (ECF No. 5).

3.      Pursuant to Local Rule 16, parties must submit a proposed discovery plan and scheduling order within 90 days after the filing of a complaint.

4.      This date is fast approaching.

5.      The Court's ruling on Plaintiff's Motion for Conditional Certification, however, will significantly impact the extent of discovery needed in this case.

6.      The Court's order could result in a denial of the motion, or granting of the motion with a 90-day, or shorter, opt-in notice period.

1

2

7.    Consequently, the extent of discovery and the amount of time needed to fulfill these needs will be largely determined by the Court's ruling on this motion.

8.    Thus, the parties propose a deadline for the proposed discovery plan and scheduling order to be filed within 14 days after the date of the Court's order on Plaintiff's Motion for Conditional Certification.

WHEREFORE, the parties respectfully request the Court grant this Joint Motion to Extend Time to File Proposed Discovery Plan and Scheduling Order.

Respectfully submitted,

**Certificate of Service**

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed as receiving notice on February 14, 2018, by CM/ECF.

 /s/ *Michael D. Currie*

/s/ Michael D. Currie  AT0012256
/s/ Mark W. Thomas AT0007832
GREFE & SIDNEY, P.L.C.
500 E. Court Avenue, Suite 200
Des Moines, IA 50309
Phone: (515) 245-4300
Fax: (515) 245-4452
mcurrie@grefesidney.com
mthomas@grefesidney.com

ATTORNEYS FOR PLAINTIFF

/s/ Douglas A. Fulton
/s/ Allison M. Steuterman
BRICK GENTRY, PC
6701 Westown Parkway, Suite 100
West Des Moines, Iowa 50266
Phone: (515) 274-1450
Fax: (515) 274-1488
douglas.fulton@brickgentrylaw.com
allison.steuterman@brickgentrylaw.com

ATTORNEYS FOR DEFENDANT

2