IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SAMANTHA PINARD,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>NURSE FORCE, INC.,<br><br>　　　　　　　　　Defendant. | No. 4:17-cv-00434-JAJ-RAW<br><br><br>**ORDER** |

　　　This matter comes before the court pursuant to this court's order of September 27, 2019.  [Dkt. 72]   In it, the court approved the settlement, directed the disbursement of settlement funds and stated that the matter would be dismissed unless objections were filed by October 14, 2019.   No objections were filed.

　　　Upon the foregoing,

　　　**IT IS ORDERED** that this matter is dismissed with prejudice pursuant to the settlement agreement.

　　　**DATED** this 22nd day of October, 2019.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JOHN A. JARVEY, Chief Judge
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF IOWA